```
David N. Chandler, Sr.    SBN 60780
David N. Chandler, Jr.    SBN 235427
DAVID N. CHANDLER, p.c.
1747 Fourth Street
Santa Rosa, CA  95404
Telephone: (707) 528-4331

Attorneys for Appellants
Jonathan MacLean and
Shelly Hokulami Stewart MacLean
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>JONATHAN MacLEAN, and<br>SHELLY HOKULANI STEWART MacLEAN,<br><br>　　DEBTORS.<br>――――――――――――――――――――<br>JEFFRY LOCKE,<br><br>　　Plaintiff/Counter-Defendant,<br>　　Appellee<br><br>v.<br><br>DOUGLAS O. MacLEAN and<br>JUDITH MacLEAN,<br><br>　　Defendants/Counter-Claimants,<br>　　Appellants. | No. **CV 06-01814 SI**<br><br>BK No. 04-12764<br><br><br><br>A.P. No. 05-1031<br><br><br><br><br><br><br><br><br><br>REQUEST FOR DISMISSAL |

　　Appellants, Douglas O. MacLean and Judith MacLean, by and through counsel hereby dismiss the within Appeal without prejudice.

Dated:　6/15/06　　　　　　　　　　　　DAVID N. CHANDLER, p.c.


　　　　　　　　　　　　　　　　　　　　By: */s/ David N. Chandler*
　　　　　　　　　　　　　　　　　　　　David N. Chandler
　　　　　　　　　　　　　　　　　　　　Attorney for Appellants

**GRANTED**
Judge Susan Illston

Law Offices
of
**David N. Chandler, p.c.**
1747 Fourth Street
Santa Rosa, CA 95404
(707) 528-4331

CERTIFICATE OF SERVICE

I am a citizen of the United States, and over the age of eighteen (18) years, employed at 1747 Fourth Street, Santa Rosa, California, and not a party to the within action.

On June 16, 2006, I served a copy of the foregoing REQUEST FOR DISMISSAL on the interested parties in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States post office mail box at Santa Rosa, California, addressed as follows:

Ray H. Olmstead
Attorney at Law
100 E St., Ste. 220
Santa Rosa, CA 95404

I, JANE F. KAMAS, declare under penalty of perjury that the foregoing is true and correct.

Executed on June 16, 2006, Santa Rosa, California.

    /s/ Jane F. Kamas
JANE F. KAMAS

Law Offices
of
**David N. Chandler, p.c.**
1747 Fourth Street
Santa Rosa, CA 95404
(707) 528-4331